**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

NOELLE CHARBONNEAU,                     :

                Plaintiff,     :

v.                                      :

200 Marter Avenue Operations, LLC       :
d/b/a PowerBack Rehabilitation Moorestown:

                Defendant.     :

**CIVIL ACTION NO.:**
**1:21-cv-15899-KMW-SAK**

---

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** Noelle Charbonneau ("Plaintiff") and 200 Marter Avenue Operations, LLC d/b/a PowerBack Rehabilitation Moorestown ("Defendant") have amicably resolved the above-entitled action, by and through their respective counsel, and hereby stipulate, by and between Plaintiff and Defendant that Plaintiff's claims by, between, and among them, are dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party;

It is hereby **ORDERED** that all of Plaintiff's claims by, between, and among Plaintiff and Defendant are dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party.

Dated: _____ \_\_, 2022.

**MURPHY LAW GROUP, LLC**

By: /s/ Michael Murphy
    Michael Murphy, Esq.
    Eight Penn Center, Suite 2000
    1628 John F. Kennedy Blvd.
    Philadelphia, PA 19103
    Tel: (267) 273-1054
    *Attorneys for Plaintiff*

**GENOVA BURNS, LLC**

By: /s/ Peter Berk
    Peter Berk, Esq.
    494 Broad Street
    Newark, NJ 07102
    T: (973) 230-2071 /
    *Attorneys for Defendants*

**SO ORDERED:** September 1, 2022

Hon. Karen M. Williams